**DISMISSED; Opinion Filed June 26, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00769-CV

**CHRISTOPHER EDGAR, BRYAN EDGAR, GARRY EDGAR, KYLE BEBEE, JUSTIN TRAIL, AND CLEAR FORK WIRELINE, LLC, Appellants**
**V.**
**INTEGRITY WIRELINE AND OILFIELD SERVICES, LLC, INTEGRITY WIRELINE HOLDINGS, LLC, STEVEN SMATHERS, AND JAMES E. SOWELL, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14239**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Carlyle

Before the Court is the parties' joint motion to dismiss this appeal. The parties inform the Court that they have reached a settlement. Accordingly, we grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

180769F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHRISTOPHER EDGAR, BRYAN
EDGAR, GARRY EDGAR, KYLE
BEBEE, JUSTIN TRAIL, AND CLEAR
FORK WIRELINE LLC, Appellants

No. 05-18-00769-CV      V.

INTEGRITY WIRELINE AND OILFIELD
SERVICES, LLC, INTEGRITY
WIRELINE HOLDINGS, LLC, STEVEN
SMATHERS, AND JAMES E. SOWELL,
Appellees

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-14239.
Opinion delivered by Justice Carlyle.
Justices Myers and Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees INTEGRITY WIRELINE AND OILFIELD SERVICES,
LLC, INTEGRITY WIRELINE HOLDINGS, LLC, STEVEN SMATHERS, AND JAMES E.
SOWELL recover their costs of this appeal from appellants CHRISTOPHER EDGAR, BRYAN
EDGAR, GARRY EDGAR, KYLE BEBEE, JUSTIN TRIAL, AND CLEAR FORK WIRELINE
LLC.

Judgment entered this 26th day of June, 2019.